# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1341
Lower Tribunal No. 2010-DR-004872

_____

W. J. T.,

Appellant,

v.

N. L. S.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

November 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WOZNIAK, MIZE and GANNAM, JJ., concur.


W. J. T., Fort Myers, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED